IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| ASHANTE HARRIS,<br><br>      Plaintiff,<br><br>   vs.<br><br>COUMMUNICARE HEALTH SERVICES, INC., et al.,<br><br>      Defendants. | CASE NO. 1:21-CV-221-TSB<br><br>JUDGE TIMOTHY S. BLACK<br><br>**<u>NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE</u>** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Ashante Harris hereby dismisses this action in its entirety with prejudice. No defendant has filed an answer or motion for summary judgment in this action.

Respectfully submitted,

/s/ *William M. Bristol*
William Morris Bristol
Gary Francis Franke
120 East 4th Street, Suite 1040
Cincinnati, OH 45202
Tel:  513-564-9222
Fax: 513-564-9990
Email: wmb@garyfrankelaw.com
Email: gff@garyfrankelaw.com

*Counsel for Plaintiff Ashante Harris*